UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **BRYAN BLACK,** | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | No. 2:07-cr-00029-GZS |
| | ) | No. 2:12-cv-00360-GZS |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 29, 2013, her Recommended Decision (ECF No. 320). Defendant filed his Objection to the Recommended Decision (ECF No. 321) on April 15, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Court summarily **DENIES** Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 (ECF No. 308).

3. It is hereby **ORDERED** that no certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 cases shall be issued should Defendant seek to appeal this order because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

      /s/ George Z. Singal
      United States District Judge

Dated this 8th day of May, 2013.